JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARTHA NOONAN,

      Plaintiff,

  vs.

COSTCO WHOLESALE CORP ET AL.,

      Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:17-cv-02154-JFW-KK

[Riverside Superior Court Action No. RIC1716281]

ORDER RE JOINT STIPULATION THAT DAMAGES WILL NOT EXCEED $74,999.00, STIPULATION TO REMAND AND ORDER

## ORDER

    1.    This Action shall immediately be remanded to the Superior Court of California, County of Riverside (Case No. RIC1716281), Unlimited Civil Action;

    2.    All pending deadlines and hearings in this case shall be taken off the Court's calendar; and

    3.    The Clerk shall send a certified copy of this Order to the Clerk of the court of the Superior court of California, County of Riverside.

IT IS SO ORDERED

DATED: November 6, 2017

_____
Honorable John F. Walter